**Dismissed and Opinion Filed November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00079-CV

### EDDIE & SHIRLEY JONES AND ALL OCCUPANTS OF 1012 BIRCHWOOD LANE, DESOTO, TX 75115, Appellants

### V.

### HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF PEOPLE'S FINANCIAL REALTY MORTGAGE SECURITIES TRUST, SERIES 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. 13-06600-A**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

This appeal was first dismissed July 31, 2014, after appellants failed to file their brief despite being twice directed to do so. *See Jones v. HSBC Bank USA Nat'l Ass'n*, No. 05-14-00079-CV, 20014 WL 3778918 (Tex. App.-–Dallas July 31, 2014, no pet.) (mem. op.). Appellants subsequently filed a motion for rehearing which we granted to the extent we withdrew our opinion, vacated our judgment associated with that opinion, reinstated the appeal, and ordered appellants to file their brief no later than September 10, 2014. On appellant's motion, we subsequently extended that deadline to October 10, 2014. Appellants failed to file their brief by that date and by postcard dated October 13, 2014, we directed them to file their

brief, along with an extension motion, no later than October 23, 2014. Although we cautioned them that failure to comply would result in dismissal of the appeal, appellants have yet to comply. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

140079F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDDIE D. JONES AND SHIRLEY JONES
AND ALL OCCUPANTS OF 1012
BIRCHWOOD LANE, DESOTO, TX
75115, Appellants

No. 05-14-00079-CV          V.

HSBC BANK USA NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF PEOPLE'S FINANCIAL
REALTY MORTGAGE SECURITIES
TRUST, SERIES 2006-1, MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2006-1, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. 13-06600-A.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee HSBC Bank USA National Association as Trustee for the Benefit of People's Financial Realty Mortgage Securities Trust, Series 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 recover its costs, if any, of this appeal from appellants Eddie D. Jones, Shirley Jones, all occupants of 1012 Birchwood Lane, Desoto, Texas 75115, and Jackie T. Lewis and Roy D. Mitchell as sureties on appellants' supersedeas bond. After all costs have been paid, the obligations of appellants Eddie D. Jones, Shirley Jones, all occupants of 1012 Birchwood Lane, Desoto, Texas 75115, and Jackie T. Lewis and Roy D. Mitchell as sureties on appellants' supersedeas bond are **RELEASED**.

Judgment entered November 5, 2014.